[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL SULLIVAN, KENNETH S. SALADIN, ZVI BODIE, ALAN J. MARCUS, KEVIN T. PATTON, LION DEN INC., and DANA LOEWY individually and on behalf of all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC. and MARK ZUCKERBERG,

Defendants.

Case No. 3:26-cv-06793-VC

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT MARK ZUCKERBERG AND [~~PROPOSED~~] ORDER**

Judge: The Hon. V. Chhabria
Trial Date: None
Date Action Filed: July 2, 2026

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant Mark Zuckerberg, through their undersigned counsel, that all claims by Plaintiffs against Mr. Zuckerberg in the above-captioned matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS FURTHER STIPULATED THAT each party shall bear its own attorney's fees, costs, and litigation expenses.

Dated: August 21, 2026

Respectfully submitted,

By: */s/ David Slarskey*

SLARSKEY LLC
David N. Slarskey (pro hac vice)
Adam Hollander (pro hac vice)
Deepa Devanathan (pro hac vice)
Phillip Gasperetti (pro hac vice)
825 Third Avenue, 32nd Floor
New York, NY 10022 Tel: (212) 658-0661

ARCHSTONE LAW GROUP, P.C.
Brenda Ulrich (pro hac vice pending)
Zick Rubin (pro hac vice)
275 Grove Street, Suite 2-400
Newton, MA 02466 Tel: (781) 314-0100

GAW POE LLP
Randolph Gaw (S.B. #223718)
One Embarcadero Ctr., Suite 1200
San Francisco, CA 94111 Tel: (415) 766-7451

*Counsel for Plaintiffs and the Proposed Class*

LIU SHUR KRAVIS LLP
Jonathan I. Kravis (pro hac vice)
Justin V. Shur (pro hac vice)
Charlotte U. Keeley (pro hac vice)

EHRLICH & CRAIG, LLP
Miles Ehrlich (SBN 237954)
Alexander Setzepfandt (SBN 340207)

Attorneys for Defendant
*Mark Zuckerberg*

**[PROPOSED] ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1. All of Plaintiffs' claims in the above-captioned matter against Mark Zuckerberg be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).
2. Each party shall bear its own attorney's fees, costs, and litigation expenses.

DATED: September 3, 2026

Hon. V. CHHABRIA
UNITED STATES DISTRICT JUDGE