[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SULLIVAN, KENNETH S. SALADIN, ZVI BODIE, ALAN J. MARCUS, KEVIN T. PATTON, LION DEN INC., and DANA LOEWY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-06793-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE**<br><br>Trial Date: None<br>Date Action Filed: July 2, 2026<br>Judge: The Hon. Vince Chhabria |

**JOINT STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE**

Plaintiffs Michael Sullivan, Kenneth S. Saladin, Zvi Bodie, Alan J. Marcus, Kevin T. Patton, Lion Den Inc., and Dana Loewy ("Plaintiffs"), and Defendant Meta Platforms, Inc. ("Meta," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this action on July 2, 2026, and Meta answered on September 29, 2026;

WHEREAS, at the Case Management Conference held on September 25, 2026, the Court directed that discovery proceed on a single, unified track, and that Plaintiffs' motion for class certification and any motion for summary judgment be briefed in parallel and heard together;

WHEREAS, Section F of the Parties' Joint Case Management Statement, ECF No. 80 (Sept. 23, 2026), provided that the Parties would confer on a case schedule once the Court ruled on the sequencing of class certification and summary judgment;

WHEREAS, the Parties agree upon the schedule set forth below;

NOW, THEREFORE, the Parties hereby stipulate, and respectfully request that the Court order, that this action proceed according to the following schedule:

| Event | Date |
|---|---|
| Meta's answer due | Tue. Sept. 29, 2026 |
| Deadline to serve initial disclosures | Thu. Oct. 22, 2026 |
| Last day to amend complaint without leave from the Court | Tue. Nov. 3, 2026 |
| Substantial completion, re-production from related cases | Fri. Jan. 15, 2027 |
| Substantial completion of document production | Fri. Mar. 26, 2027 |
| Last day to serve Rule 45 subpoenas | Fri. Apr. 30, 2027 |
| Further case management conference (Standing Order ¶ 15) | Thu. July 1, 2027 |
| Close of fact discovery | Fri. July 30, 2027 |
| Opening expert reports | Fri. Sept. 10, 2027 |
| Rebuttal expert reports | Fri. Oct. 22, 2027 |
| Reply expert reports | Fri. Nov. 12, 2027 |
| Close of expert discovery | Fri. Dec. 10, 2027 |
| Class certification motion / summary judgment brief 1 (Plaintiffs' opening brief) | Thu. Jan. 20, 2028 |
| Oppositions to class certification motion / summary judgment brief 2 (Meta's opening brief and opposition) | Thu. Mar. 9, 2028 |
| Replies to class certification motion / summary judgment brief 3 (Plaintiffs' opposition and reply) | Thu. Apr. 6, 2028 |
| Meta's deadline to file *Daubert* replies (per Civil Standing Order ¶¶ 45, 54) | Thu. Apr. 13, 2028 |
| Summary judgment brief 4 (Meta's reply) | Thu. May 4, 2028 |
| Plaintiffs' deadline to file *Daubert* replies related to Meta's motion for summary judgment (per Civil Standing Order ¶ 45) | Thu. May 11, 2028 |
| Hearing on class certification and summary judgment | Thu. May 25, 2028, or such other date as is convenient for the Court |
| Pretrial conference | To be set at a further conference within 30 days of the ruling |

| Event | Date |
|---|---|
| Jury trial | To be set at a further conference within 30 days of the ruling |

IT IS SO STIPULATED.

Dated: October 2, 2026

By: */s/ David Slarskey*__________

**SLARSKEY LLC**
David N. Slarskey (pro hac vice)
dslarskey@slarskey.com
Adam Hollander (pro hac vice)
Deepa Devanathan (pro hac vice)
Phillip Gasperetti (pro hac vice)
825 Third Avenue, 32nd Floor
New York, NY 10022
Tel: (212) 658-0661

**ARCHSTONE LAW GROUP, P.C.**
Brenda Ulrich (pro hac vice pending)
bulrich@archstonelaw.com
Riverside Center
275 Grove Street, Suite 2-400
Newton, MA 02466
Tel: (781) 314-0100

**GAW | POE LLP**
Randolph Gaw (S.B. #223718)
rgaw@gawpoe.com
Christopher A. Wimmer (S.B. #263275)
cwimmer@gawpoe.com
One Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Tel: (415) 766-7451
Fax: (415) 737-0642

**Counsel for Plaintiffs and the Proposed Class**

Dated: October 2, 2026

By: */s/ Kyle Smith*________________

**DUNN ISAACSON RHEE LLP**
Kyle N. Smith (pro hac vice)
ksmith@dirllp.com
Karen L. Dunn (pro hac vice forthcoming)
kdunn@dirllp.com
Jessica E. Phillips (pro hac vice forthcoming)
jphillips@dirllp.com
Meryl Governski (pro hac vice)
mgovernski@dirllp.com
401 9th Street, NW
Washington, DC 20004
Tel: (202) 240-2900

**COOLEY LLP**
Bobby Ghajar (SBN 198719)
Kathleen R. Hartnett (SBN 314267)
Mark R. Weinstein (SBN 193043)
Elizabeth L. Stameshkin (SBN 260865)
Phillip E. Morton (pro hac vice forthcoming)
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Angela L. Dunning (SBN 212047)
adunning@cgsh.com
151 University Ave
Palo Alto, CA 94301
Tel: (650) 815-4131

**Attorneys for Defendant Meta Platforms, Inc.**

**FILER'S ATTESTATION**

I, Phillip Gasperetti, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Setting Case Schedule. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 2, 2026 By: */s/ Phillip Gasperetti*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________

______________________________
**HON. VINCE CHHABRIA**
United States District Judge