[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL SULLIVAN, KENNETH S. SALADIN, ZVI BODIE, ALAN J. MARCUS, KEVIN T. PATTON, LION DEN INC., and DANA LOEWY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-06793-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Civil L.R. 6-2, 7-12<br><br>Current Hearing: October 29, 2026<br>Proposed Hearing: November 19, 2026<br>Time: 2:00 p.m. via Zoom<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Vince Chhabria |

Plaintiffs Michael Sullivan, Kenneth S. Saladin, Zvi Bodie, Alan J. Marcus, Kevin T. Patton, Lion Den Inc., and Dana Loewy ("Plaintiffs"), and Defendant Meta Platforms, Inc. ("Meta," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, and pursuant to Civil Local Rules 6-2 and 7-12 and Paragraphs 9 through 11 of the Standing Order for Civil Cases Before Judge Vince Chhabria (the "Standing Order"), hereby stipulate and agree as follows:

WHEREAS, on September 22, 2026, Plaintiffs filed a Motion to Appoint Interim Class Counsel under Federal Rule of Civil Procedure 23(g)(3), ECF No. 77 (the "Motion"), and noticed the Motion for hearing on October 29, 2026, at 2:00 p.m.;

WHEREAS, under Civil Local Rule 7-3(a) and (c), any opposition to the Motion is currently due on October 6, 2026, and any reply is currently due on October 13, 2026;

WHEREAS, Plaintiffs are evaluating whether to proceed with the Motion in light of the Court's comments at the September 25, 2026 case management conference, and the Parties agree that extending the briefing schedule will allow Plaintiffs to complete that evaluation before the Motion is briefed and will avoid briefing that may prove unnecessary;

WHEREAS, Paragraph 36 of the Standing Order provides that the final brief for any motion should be filed at least 14 days before the hearing on the motion, and the extended briefing schedule therefore requires that the hearing on the Motion be continued;

WHEREAS, Plaintiffs will file an amended notice of hearing on the Motion reflecting the continued hearing date;

WHEREAS, the Court agreed to hear the Motion by Zoom during the September 25, 2026 Conference.

WHEREAS, the Parties have previously requested one extension of a deadline in this action, a stipulated extension of Meta's deadline to respond to the Complaint to September 29, 2026, ECF No. 68.

WHEREAS, the requested modification affects only the briefing and hearing schedule for the Motion and does not affect any other deadline in this action;

WHEREAS, the reasons for the requested modification, the previous time modifications in this action, and the effect of the requested modification on the schedule are set forth in the accompanying Declaration of David N. Slarskey, as required by Civil Local Rule 6-2(a);

NOW, THEREFORE, the Parties hereby stipulate, and respectfully request that the Court order, as follows:

1. Any opposition to the Motion shall be filed on or before October 16, 2026.

2. Any reply in support of the Motion shall be filed on or before October 23, 2026.

3. The hearing on the Motion, currently set for October 29, 2026, at 2:00 p.m., is continued to November 19, 2026, at 2:00 p.m., or such other date and time as is convenient for the parties and the Court.

4. Within two court days of the entry of this Order, Plaintiffs shall file an amended notice of hearing on the Motion reflecting the continued hearing date.

5. All other dates and deadlines in this action remain unchanged.

Pursuant to Paragraph 11 of the Standing Order, the currently scheduled and proposed dates are as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opposition to the Motion | October 6, 2026 | October 16, 2026 |
| Reply in support of the Motion | October 13, 2026 | October 23, 2026 |
| Hearing on the Motion | October 29, 2026, at 2:00 p.m. | November 19, 2026, at 2:00 p.m., or such other date and time as is convenient for the parties and the Court. |
| Amended notice of hearing on the Motion | None | Within two court days of entry of the Order |
| All other deadlines in this action | | Unchanged |

IT IS SO STIPULATED.

Dated: October 6, 2026

By: /s/David N. Slarskey__________

**SLARSKEY LLC**
David N. Slarskey (pro hac vice)
dslarskey@slarskey.com
Adam Hollander (pro hac vice)
Deepa Devanathan (pro hac vice)
Phillip Gasperetti (pro hac vice)
825 Third Avenue, 32nd Floor
New York, NY 10022
Tel: (212) 658-0661

**ARCHSTONE LAW GROUP, P.C.**
Brenda Ulrich (pro hac vice pending)
bulrich@archstonelaw.com
Riverside Center
275 Grove Street, Suite 2-400
Newton, MA 02466
Tel: (781) 314-0100

**GAW | POE LLP**
Randolph Gaw (S.B. #223718)
rgaw@gawpoe.com
Christopher A. Wimmer (S.B. #263275)
cwimmer@gawpoe.com
One Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Tel: (415) 766-7451
Fax: (415) 737-0642

**Counsel for Plaintiffs and the Proposed Class**

Dated: October 6, 2026

By: /s/ Kyle N. Smith__________________

**DUNN ISAACSON RHEE LLP**
Kyle N. Smith (pro hac vice)
ksmith@dirllp.com
Karen L. Dunn (pro hac vice)
kdunn@dirllp.com
Meryl C. Governski (pro hac vice)
mgovernski@dirllp.com
Jessica E. Phillips (pro hac vice forthcoming)
jphillips@dirllp.com
401 Ninth Street, NW
Washington, D.C. 20004-2637
Tel: (202) 240-2900

**COOLEY LLP**
Mark R. Weinstein (SBN 193043)
mweinstein@cooley.com
Elizabeth L. Stameshkin (SBN 260865)
lstameshkin@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5000

**Attorneys for Defendant Meta Platforms, Inc.**

**FILER'S ATTESTATION**

I, Phillip Gasperetti, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Extending Briefing Schedule and Continuing Hearing on Plaintiffs' Motion to Appoint Interim Class Counsel. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 6, 2026

By: */s/ Phillip Gasperetti*
Phillip Gasperetti

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court ORDERS as follows:

1. Any opposition to the Motion shall be filed on or before October 16, 2026.

2. Any reply in support of the Motion shall be filed on or before October 23, 2026.

3. The hearing on the Motion, currently set for October 29, 2026, at 2:00 p.m., is continued to November 19, 2026, at 2:00 p.m., or such other date and time as is convenient for the parties and the Court.

4. Within two court days of the entry of this Order, Plaintiffs shall file an amended notice of hearing on the Motion reflecting the continued hearing date.

5. All other dates and deadlines in this action remain unchanged.

IT IS SO ORDERED.

Dated: ______________________

______________________________
**HON. VINCE CHHABRIA**
United States District Judge