AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court, Northern District of California<br>Ronald V. Dellums Federal Building & United States Courthouse<br>1301 Clay Street, Oakland, CA 94612 |
| DOCKET NO.<br>3:26-cv-06793-VC | DATE FILED<br>7/2/26 (initial complaint) &<br>11/3/26 (amended complaint) | |
| PLAINTIFF<br>MICHAEL SULLIVAN, SULLIVAN MATH, INC., KENNETH S. SALADIN, ZVI BODIE, ALAN J. MARCUS, individually and as Trustee of the ALAN J. MARCUS TRUST, KEVIN T. PATTON, LION DEN INC., DANA LOEWY, and FINELINES PUBLISHING, individually and on behalf of all others similarly situated, | | DEFENDANT<br>META PLATFORMS, INC. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see Exhibits A-1 to A-6 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print | Save As... | Reset

# EXHIBIT A-1

## Registered Works of Plaintiffs Michael Sullivan and Sullivan Math, Inc.

*Sullivan et al. v. Meta Platforms, Inc.*, No. 3:26-cv-06793-VC (N.D. Cal.)

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Algebra & Trigonometry, 8/E, MyMathLab Edition | Text | Book, 114 p. | TX0006827976 | 2007-09-21 | 2007-07-12 | United States | Pearson Education, Inc. | Michael Sullivan; author of new and revised text | 0-13-233241-8 |
| 2 | Precalculus, 8/E, MyMathLab Edition | Text | Book | TX0006958308 | 2007-12-31 | 2007-10-02 | United States | Pearson Education, Inc. | Michael Sullivan; author of new and revised text | 0-13-612788-6 |
| 3 | Trigonometry: A Unit Circle Approach, 9/E | Text | Book, 522 p. | TX0007380919 | 2011-06-06 | 2011-03-09 | United States | Pearson Education, Inc. | Michael Sullivan; text | 0-321-71657-4 |
| 4 | College Algebra, 10/E | Text | Book, 711 p. | TX0008101136 | 2015-04-03 | 2015-01-02 | United States | Pearson Education | Michael Sullivan; text, artwork | 0-321-97947-8 |
| 5 | Algebra & Trigonometry, 10/E | Text | Book, 1011 p. | TX0008070559 | 2015-04-03 | 2015-01-02 | United States | Pearson Education | Michael Sullivan; text, artwork | 0-321-99859-6 |
| 6 | Precalculus, 10/E | Text | Book | TX0008106616 | 2015-05-22 | 2015-02-17 | United States | Pearson Education | Michael Sullivan; text, artwork | 0-321-97907-9 |
| 7 | Trigonometry: A Unit Circle Approach, 10/E | Text | Book | TX0008104726 | 2015-05-29 | 2015-03-24 | United States | Pearson Education | Michael Sullivan; text, artwork | 0-321-97860-9 |
| 8 | Sullivan College Algebra, 11e | Text | Book, 725 p. | TX0008792094 | 2019-08-29 | 2019-05-14 | United States | Pearson Education, Inc. | Michael Sullivan; text | 9780135163047 |
| 9 | Sullivan Precalculus, 11e | Text | Book, 927 p. | TX0008792108 | 2019-08-29 | 2019-05-21 | United States | Pearson Education, Inc. | Michael Sullivan; text | 9780135189405 |
| 10 | Algebra & Trigonometry, 12th Edition | Text | Book, 1046 p. | TX0009397676 | 2024-03-22 | 2024-01-01 | United States | Pearson Education, Inc. | Michael Sullivan; text (revised & updated) | 9780138251406 |
| 11 | College Algebra, 12th Edition | Text | Book | TX0009392306 | 2024-03-25 | 2024-01-09 | United States | Pearson Education, Inc. | Michael Sullivan; text (revised & updated) | 9780138253622 |
| 12 | Trigonometry: A Unit Circle Approach, 12th Edition | Text | Book, 580 p. | TX0009538019 | 2025-08-19 | 2025-07-03 | United States | Pearson Education, Inc. | Michael Sullivan; text (revised & updated) | 9780138234720 |
| 13 | Precalculus | Text | 812 p. | TX0003509723 | 1993-03-18 | 1993-03-08 | United States | Macmillan Publishing Company, a division of Macmillan, Inc; Macmillan Publishing Company; Macmillan, Inc. Macmillan Publishing Company | Michael Sullivan | 9780321931047 |
| 14 | Trigonometry : enhanced with graphing utilities | Text | 842 p. | TX0004250271 | 1996-06-14 | 1996-02-05 | United States | Prentice-Hall, Inc., Simon & Schuster, a Viacom company; Prentice-Hall, Inc | Michael 3rd Sullivan, Michael Sullivan | 9780321716576 |
| 15 | Algebra & trigonometry | Text | 1033 p. | TX0005915116 | 2004-02-27 | 2004-01-05 | United States | Pearson Education, Inc | Michael Sullivan | 9780131430730 |
| 16 | Mathematics : an applied approach | Text | 997 p. | TX0006005945 | 2004-07-16 | 2004-05-18 | United States | John Wiley & Sons, Inc | Abe Mizrahi, Michael Sullivan | 9780471327844 |
| 17 | Algebra & trigonometry : enhanced with graphing utilities | Text | n/a | TX0006164554 | 2005-02-09 | 2005-02-09 | United States | Pearson Education, Inc | Michael 3rd Sullivan, Michael Sullivan | 9780132329033 |
| 18 | Statistics : informed decisions using data : technology manual | Text | n/a | TX0006316462 | 2006-03-14 | 2006-01-26 | United States | Pearson Education, Inc | Beverly Dretzke, Brent Timothy, Dorothy Wakefield, Kathleen McLaughlin, Michael Sullivan | 9780134133539 |
| 19 | Algebra & Trigonometry: Enhanced with Graphing Utilities, 5/E 0-13-600492-X | Text | Book, 1024 p. | TX0007347066 | 2008-01-17 | 2007-11-01 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 9780132321242 |

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Algebra & Trigonometry: Enhanced with Graphing Utilities, 6/E | Text | Book, 1008 p. | TX0007502813 | 2012-03-15 | 2011-12-27 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321784839, 9780321716569, 9780321784834, 9780321784988 |
| 21 | Precalculus: Enhanced with Graphing Utilities, 6/E | Text | Book. | TX0007554905 | 2012-06-19 | 2012-02-03 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321795466, 9780321716835, 9780321795465, 9781292024707 |
| 22 | College Algebra: Enhanced with Graphing Utilities, 6/E | Text | Book, 710 p. | TX0007557234 | 2012-06-12 | 2012-01-19 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321795644, 9780134111315, 9780321716811 |
| 23 | College Algebra: Concepts Through Functions, 3/E | Text | Book. | TX0007875346 | 2014-03-18 | 2014-01-03 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321925742, 9780321979476, 9781292039442 |
| 24 | Precalculus: Concepts Through Functions, A Unit Circle Approach to Trigonometry, 3/E | Text | Book. | TX0007884076 | 2014-03-27 | 2014-01-03 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321931041 |
| 25 | Calculus: Early Transcendentals | Text | Book, 1097 p. | TX0007904191 | 2014-04-10 | 2014-03-14 | United States | W. H. Freeman and Company | Kathleen Miranda, Michael Sullivan, W. H. Freeman and Company | 1429254335, 9780716772675, 9781464152764 |
| 26 | Algebra & Trigonometry: Enhanced with Graphing Utilities, 7/E | Text | Book, 1036 p. | TX0008266844 | 2016-03-04 | 2016-01-01 | United States | Pearson Education | Michael Sullivan, Michael, III Sullivan | 0134119266, 9780135163078 |
| 27 | Precalculus: Enhanced with Graphing Utilities, 7/e | Text | Book, 938 p. | TX0008436137 | 2017-03-24 | 2016-03-02 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0134119282, 9780134119281, 9780134686981 |
| 28 | College Algebra: Concepts Through Functions, Fourth edition | Text | Book. | TX0008567303 | 2018-03-05 | 2018-01-02 | United States | Pearson Education | Michael Sullivan, Michael, III Sullivan | 9780134686967, 9780135163047 |
| 29 | Calculus for the AP Course, Second Edition | Text | Book, 924 p. | TX0008402962 | 2017-03-16 | 2016-12-17 | United States | W. H. Freeman and Company | Michael Sullivan, Kathleen Miranda, W. H. Freeman and Company | 1464142262 |

# EXHIBIT A-2

## Registered Works of Plaintiff Kenneth S. Saladin

*Sullivan et al. v. Meta Platforms, Inc.*, No. 3:26-cv-06793-VC (N.D. Cal.)

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anatomy & Physiology: The Unity of Form and Function, Fourth Edition. | Text | Book, 1 v. | TX0006989637 | 2009-07-07 | 2007-08-22 | United States | The McGraw-Hill Companies, Inc. | Kenneth S. Saladin | 0-07-287506-2, 978-0-07-287506-5 |
| 2 | Anatomy & Physiology: The Unity of Form and Function, Fifth Edition. | Text | Book. | TX0006955544 | 2009-04-08 | 2009-02-16 | United States | The McGraw-Hill Companies, Inc. | Kenneth S. Saladin | 0-07-352569-3, 978-0-07-352569-3 |
| 3 | Anatomy & Physiology: The Unity of Form and Function, Sixth Edition. | Text | Book, 1136 p. | TX0007409612 | 2011-07-27 | 2011-05-04 | United States | The McGraw-Hill Companies, Inc. | Kenneth S. Saladin | 0073378259 |
| 4 | Anatomy & Physiology: The Unity of Form and Function, Seventh Edition. | Text | Book. | TX0007924036 | 2014-06-20 | 2014-01-07 | United States | McGraw-Hill Global Education Holdings, LLC | Kenneth S. Saladin | 0073403717 |
| 5 | Anatomy & Physiology: The Unity of Form and Function, Ninth Edition. | Text | Book, 1108 p. | TX0008986360 | 2020-03-23 | 2020-01-08 | United States | McGraw Hill LLC | Kenneth S. Saladin | 9781260256000 |
| 6 | Human Anatomy, Fourth Edition. | Text | Book, 736p. | TX0007750344 | 2013-05-30 | 2013-05-07 | United States | McGraw-Hill Global Education Holdings, LLC | Kenneth S. Saladin | 0073378291 |
| 7 | Human Anatomy 2024 Release. | Text | Book, 761p. | TX0009496687 | 2024-11-12 | 2024-01-08 | United States | McGraw Hill LLC | Kenneth S. Saladin | 9781264125715 |
| 8 | Human Anatomy | Text | n/a | TX0006518705 | 2007-01-22 | 2006-12-07 | United States | McGraw-Hill Companies, Inc | Kenneth S. Saladin | 9780071102094, 9780072943689 |
| 9 | Anatomy & Physiology: The Unity of Form and Function, 8th Edition | Text | Book, 1125 p. | TX0008398754 | 2017-03-21 | 2017-01-24 | United States | McGraw-Hill Education (Australia) Pty Limited | Kenneth S. Saladin | 9781259277726 |
| 10 | Human Anatomy, Edition 5 | Text | Book, 1 v. | TX0008508216 | 2016-12-12 | 2016-01-12 | United States | McGraw-Hill Education | Kenneth S. Saladin | 9780073403700 |
| 11 | Essentials of Anatomy & Physiology, 2nd edition | Text | Book, 703 p. | TX0008552340 | 2018-01-26 | 2017-02-06 | United States | McGraw Hill | Kenneth S. Saladin, Robin McFarland | 9780072965544 |

# EXHIBIT A-3

## Registered Works of Plaintiff Alan J. Marcus, individually and as Trustee of the Alan J. Marcus Trust

*Sullivan et al. v. Meta Platforms, Inc.*, No. 3:26-cv-06793-VC (N.D. Cal.)

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Investments, Ninth Edition. | Text | Book, 994 p. | TX0007233993 | 2010-09-28 | 2010-07-05 | United States | McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0073530700, 9780073382371, 9780073530703 |
| 2 | Investments, Tenth Edition. | Text | Book. | TX0008513915 | 2014-03-25 | 2014-01-28 | United States | McGraw-Hill Global Education Holdings, LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 0077861671 |
| 3 | Investments, Eleventh Edition. | Text | Book, 968 p. | TX0008590281 | 2018-07-02 | 2017-05-30 | United States | McGraw-Hill Global Education Holdings LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781259277177 |
| 4 | Investments, Thirteenth Edition. | Text | Book, 996 p. | TX0009270963 | 2023-03-24 | 2023-01-12 | United States | McGraw Hill LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781264412662 |
| 5 | Essentials of Investments, Sixth Edition. | Text | Book, 728 p. | TX0007039034 | 2009-09-08 | 2007-09-12 | United States | The McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 007304153X |
| 6 | Essentials of Investments, Eighth Edition. | Text | Book, 722 p. | TX0007059352 | 2009-10-05 | 2009-08-17 | United States | The McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0077339185 |
| 7 | Essentials of Investments, 9/e. | Text | Book. | TX0007632286 | 2012-11-19 | 2012-09-25 | United States | McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0078034698 |
| 8 | Essentials of Investments, Tenth Edition. | Text | Book, 735 p. | TX0008279004 | 2016-11-15 | 2016-01-06 | United States | McGraw-Hill Education | Zvi Bodie; Alex Kane; Alan J. Marcus | 9780077835422 |
| 9 | Essentials of Investments, 12th Edition. | Text | Electronic file (eService) | TX0008955791 | 2021-03-15 | 2021-01-04 | United States | McGraw Hill LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781260772166 |
| 10 | Fundamentals of Corporate Finance, Seventh Edition. | Text | Book, 1 v. | TX0007668265 | 2013-01-22 | 2012-09-11 | United States | McGraw-Hill Companies, Inc. | Richard A. Brealey; Stewart C. Myers; Alan J. Marcus | 0078034647 |
| 11 | Fundamentals of Corporate Finance, Eighth Edition. | Text | Book, 720 p. | TX0007967206 | 2014-10-08 | 2014-08-07 | United States | McGraw-Hill Global Education Holdings, LLC | Richard A. Brealey; Stewart C. Myers; Alan J. Marcus | 0077861620 |
| 12 | Fundamentals of Corporate Finance, 9th Edition. | Text | Book. | TX0008528424 | 2017-03-21 | 2017-02-02 | United States | McGraw-Hill Education | Richard A. Brealey; Stewart C. Myers; Alan J. Marcus | 9781259722615 |
| 13 | Fundamentals of Corporate Finance, 10th Edition. | Text | Book. | TX0008995304 | 2020-05-28 | 2019-03-13 | United States | McGraw Hill LLC | Richard A. Brealey; Stewart C. Myers; Alan J. Marcus | 9781260013962 |
| 14 | Essentials of Investments | Text | 688 p. | TX0005276089 | 2000-07-28 | 2000-06-12 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780072318692 |
| 15 | Essentials of Investments | Text | 765 p. | TX0005823812 | 2003-10-14 | 2003-02-02 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780072510775 |
| 16 | Essentials of Investments, Seventh Edition. | Text | Book, 708 p. | TX0006903975 | 2007-11-06 | 2007-09-19 | United States | The McGraw-Hill Companies, Inc.; McGraw-Hill Companies, Inc. | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780073405179 |
| 17 | Investments | Text | 1015 p. | TX0005488394 | 2001-10-10 | 2001-06-13 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Inc McGraw-Hill Companies, Zvi Bodie | 9780071144728, 9780072339215 |

# EXHIBIT A-4

## Registered Works of Plaintiff Zvi Bodie

*Sullivan et al. v. Meta Platforms, Inc.*, No. 3:26-cv-06793-VC (N.D. Cal.)

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Investments, Ninth Edition. | Text | Book, 994 p. | TX0007233993 | 2010-09-28 | 2010-07-05 | United States | McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0-07-353070-0 |
| 2 | Investments, Tenth Edition. | Text | Book. | TX0008513915 | 2014-03-25 | 2014-01-28 | United States | McGraw-Hill Global Education Holdings, LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 0077861671 |
| 3 | Investments, Eleventh Edition. | Text | Book, 968 p. | TX0008590281 | 2018-07-02 | 2017-05-30 | United States | McGraw-Hill Global Education Holdings LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781259277177 |
| 4 | Investments, Thirteenth Edition. | Text | Book, 996 p. | TX0009270963 | 2023-03-24 | 2023-01-12 | United States | McGraw Hill LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781264412662 |
| 5 | Essentials of Investments, Sixth Edition. | Text | Book, 728 p. | TX0007039034 | 2009-09-08 | 2007-09-12 | United States | The McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 007304153X |
| 6 | Essentials of Investments, Eighth Edition. | Text | Book, 722 p. | TX0007059352 | 2009-10-05 | 2009-08-17 | United States | The McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0077339185 |
| 7 | Essentials of Investments, 9/e. | Text | Book. | TX0007632286 | 2012-11-19 | 2012-09-25 | United States | McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0078034698 |
| 8 | Essentials of Investments, Tenth Edition. | Text | Book, 735 p. | TX0008279004 | 2016-11-15 | 2016-01-06 | United States | McGraw-Hill Education | Zvi Bodie; Alex Kane; Alan J. Marcus | 9780077835422 |
| 9 | Essentials of Investments, 12th Edition. | Text | Electronic file (eService) | TX0008955791 | 2021-03-15 | 2021-01-04 | United States | McGraw Hill LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781260772166 |
| 10 | Issues in pension economics | Text | 376 p. | TX0002070344 | 1987-03-20 | 1987-05-11 | United States | National Bureau of Economic Research | David A Wise, John B Shoven, National Bureau of Economic Research, Zvi Bodie | 9780226062846 |
| 11 | Essentials of investments | Text | 688 p. | TX0005276089 | 2000-07-28 | 2000-06-12 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780072318692 |
| 12 | Investments | Text | 1015 p. | TX0005488394 | 2001-10-10 | 2001-06-13 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Inc McGraw-Hill Companies, Zvi Bodie | 9780071144728, 9780072339215 |
| 13 | Essentials of investments | Text | 765 p. | TX0005823812 | 2003-10-14 | 2003-02-02 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780072510775 |
| 14 | Essentials of Investments, Seventh Edition. | Text | Book, 708 p. | TX0006903975 | 2007-11-06 | 2007-09-19 | United States | The McGraw-Hill Companies, Inc.; McGraw-Hill Companies, Inc. | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780073405179 |
| 15 | The Future of Life-Cycle Saving and Investing | Text | Electronic file (eService) | TX0006817678 | 2007-12-17 | 2007-10-26 | United States | Research Foundation of CFA Institute | Dennis McLeavey, Laurence B. Siegel, Zvi Bodie | 9780943205960, 9781934667163 |
| 16 | Risk Less and Prosper | Text | Book, 196 p. | TX0007497254 | 2012-02-16 | 2011-12-08 | United States | Bodie, Zvi; Taqqu, Rachelle L; Zvi Bodie; Rachelle L. Taqqu | Rachelle Taqqu, Zvi Bodie | 9781118014301 |
| 17 | Financial Economics, 2/E | Text | Book, 500 p. | TX0006996482 | 2008-03-24 | 2008-02-07 | United States | Pearson Education, Inc. | Zvi Bodie, Robert C. Merton, David L. Cleeton | 0-13-185615-4 |

# EXHIBIT A-5

## Registered Works of Plaintiffs Kevin T. Patton and Lion Den Inc.

*Sullivan et al. v. Meta Platforms, Inc.*, No. 3:26-cv-06793-VC (N.D. Cal.)

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anthony's Textbook of Anatomy & Physiology, Twentieth Edition. | Text | Book, 1154 p. | TX0007674847 | 2012-08-23 | 2012-02-10 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323096003 |
| 2 | The Human Body in Health & Disease – Hardcover, Sixth Edition. | Text | Book. | TX0007714896 | 2013-03-28 | 2013-02-04 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323101233 |
| 3 | Structure & Function of the Body, 15th Edition. | Text | Book, 510 p. | TX0008311430 | 2016-05-10 | 2015-11-17 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323341127 |
| 4 | The Human Body in Health & Disease – Softcover, 7th Edition. | Text | Book, 750 p. | TX0008421608 | 2017-03-01 | 2017-01-30 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323402118 |
| 5 | Structure & Function of the Body – Softcover, 17th Edition. | Text | Book, 512 p. | TX0008912882 | 2020-01-07 | 2019-11-07 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323597791 |
| 6 | Anatomy & Physiology, Seventh Edition | Text | Book, 1131 p. | TX0007333642 | 2011-03-08 | 2009-02-12 | United States | Mosby | Kevin T. Patton; Gary A. Thibodeau | 9780323055321, 9780323083577 |
| 7 | Structure and Function of the Body, 14/e | Text | Book, + CD. | TX0007507998 | 2012-03-30 | 2011-10-03 | United States | Mosby | Kevin T. Patton; Gary A. Thibodeau | 9780323077217 |

# EXHIBIT A-6

## Registered Works of Plaintiffs Dana Loewy and FineLines Publishing, Inc.

*Sullivan et al. v. Meta Platforms, Inc.*, No. 3:26-cv-06793-VC (N.D. Cal.)

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Business Communication: Process & Product, 7e. | Text | Book, 565 p. | TX0007353968 | 2011-03-31 | 2010-09-01 | United States | South-Western, a part of Cengage Learning | Mary Ellen Guffey; Dana Loewy | 053846626X |
| 2 | Business Communication, 7e. | Text | Book, 565 p. | TX0007515742 | 2012-04-16 | 2010-08-23 | United States | Cengage Learning Inc. | Mary Ellen Guffey; Dana Loewy | 9780538466257 |
| 3 | Business Communication: Process and Product (with meguffey.com). | Text | Book. | TX0007838999 | 2014-02-04 | 2014-01-01 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9781285094069 |
| 4 | Business Communication: Process & Product, 8e. | Text | Book, 619 p. | TX0007919141 | 2014-06-05 | 2014-01-01 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9781285094083 |
| 5 | Business Communication: Process & Product, 9e. | Text | Book, 1 v. | TX0008407496 | 2017-04-12 | 2017-01-12 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9781305957961 |
| 6 | Business Communication: Process & Product, 10th Edition. | Text | Electronic file (eService) | TX0008957984 | 2021-03-24 | 2021-01-14 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9780357129234 |
| 7 | Business Communication: Process & Product, 11e. | Text | Electronic file (eService) | TX0009385984 | 2024-04-22 | 2024-03-11 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9780357984109 |
| 8 | Essentials of Business Communication, 9e. | Text | Book. | TX0007508523 | 2012-03-21 | 2012-02-07 | United States | Cengage Learning, South-Western | Mary Ellen Guffey; Dana Loewy | 9781111821227 |
| 9 | Essentials of Business Communication, 11e. | Text | Book. | TX0008565117 | 2018-04-04 | 2018-01-24 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9781337386494 |
| 10 | Essentials of Business Communication, 12e. | Text | Electronic file (eService) | TX0009126675 | 2022-05-13 | 2022-04-01 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9780357714973 |